CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JAN - 9 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 4:09-cr-00011-1 |
| v. | **ORDER** |
| **TILDEN VARDEN HALL,**<br>Petitioner. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the accompanying Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the conditionally filed motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255, is **DISMISSED without prejudice**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to petitioner and counsel of record for the United States.

ENTER: This 9th day of January, 2012.

/s/ Jackson L. Kiser
Senior United States District Judge